# Exhibit B



FILED

JUN 26 2018

SONYA KRASKI
COUNTY CLERK
SNOHOMISH CO. WASH.

SUPERIOR COURT OF THE STATE OF WASHINGTON
SNOHOMISH COUNTY

| | |
|---|---|
| OCEANGATE INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LOCHRIDGE and CAROLE REID LOCHRIDGE, and the marital community composed thereof,<br><br>Defendants. | NO. 18 2 05651 31<br><br>SUMMONS<br>(60 Days)<br><br>AND NOTICE PURSUANT TO RCW 38.42.050(3)(a) |

THE STATE OF WASHINGTON TO:

**DAVID LOCHRIDGE**

and

**The Marital Community Comprised of**
**DAVID LOCKRIDGE and CAROLE REID LOCHRIDGE**

A lawsuit has been started against you in the above-entitled court by plaintiff. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing and serving a copy upon the undersigned attorneys for the plaintiff within 60 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what they ask for because you have not responded. If you serve a notice of

SUMMONS - 1

**BARRETT & GILMAN**
Attorneys at Law
1000 Second Avenue, Suite 3000
Seattle, WA 98104
(206) 464-1900

appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

**NOTICE TO DEPENDENTS OF ACTIVE MILITARY UNDER RCW 38.42.050(3)(a):**

State and federal law provide protections to defendants who are in the military service, and to their dependents. Dependents of a service member are the service member's spouse, the service member's minor child, or an individual for whom the service member provided more than one-half of the individual's support for one hundred eighty days immediately preceding an application for relief.

One protection provided is the protection against the entry of a default judgment in certain circumstances. This notice pertains only to a defendant who is a dependent of a member of the national guard or a military reserve component under a call to active service, or a national guard member under a call to service authorized by the governor of the state of Washington, for a period of more than thirty consecutive days. Other defendants in military service also have protections against default judgments not covered by this notice. If you are the dependent of a member of the national guard or a military reserve component under a call to active service, or a national guard member under a call to service authorized by the governor of the state of Washington, for a period of more than thirty consecutive days, you should notify the plaintiff or the plaintiff's attorneys in writing of your status as such within twenty days of the

SUMMONS - 2

BARRETT & GILMAN
Attorneys at Law
1000 Second Avenue, Suite 3000
Seattle, WA 98104
(206) 464-1900

receipt of this notice. If you fail to do so, then a court or an administrative tribunal may presume that you are not a dependent of an active duty member of the national guard or reserves, or a national guard member under a call to service authorized by the governor of the state of Washington, and proceed with the entry of an order of default and/or a default judgment without further proof of your status. Your response to the plaintiff's attorneys about your status does not constitute an appearance for jurisdictional purposes in any pending litigation nor a waiver of your rights.

**This notice is issued pursuant to RCW 38.42.050(3)(a).**

DATED this  25  day of June, 2018.

BARRETT & GILMAN

By _____
Thomas Gilman, WSBA #8432
Counsel for OceanGate Inc.

SUMMONS - 3

BARRETT & GILMAN
Attorneys at Law
1000 Second Avenue, Suite 3000
Seattle, WA 98104
(206) 464-1900