**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| OCEANGATE INC.,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DAVID LOCHRIDGE and CAROLE REID LOCHRIDGE, and the marital community composed thereof,<br><br>　　　　　　Defendants. | No. _____<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 24, 2018, I electronically filed the Notice of Removal, along with attachments, with the Clerk of the Court using CM/ECF system. I further certify that on this same day, I caused copies of these documents to be delivered to Thomas Gilman, counsel for Plaintiff, at:

>Thomas L. Gilman
>Barret & Gilman
>100 2nd Ave, Suite 3000
>Seattle, WA 98104
>tgilman@bgseattle.com

DATED this 24th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　*s/Alex J. Higgins*_____
　　　　　　　　　　　　　　　　　　　　　　Alex J. Higgins (WSBA #20868)

CERTIFICATE OF SERVICE - 1