Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OCEANGATE INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID LOCHRIDGE and CAROLE REID LOCHRIDGE, and the marital community composed thereof, <br><br> Defendants. | NO. 2:18-CV-01083-RAJ <br><br> PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT (LCR 7.1) |

Pursuant to LCR 7.1, plaintiff OceanGate Inc., provides this Corporate Disclosure Statement, and affirms that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

DATED this 30 day of July, 2018.

BARRETT & GILMAN

By: [signature] Amy L. Hanley #23162, for

Thomas Gilman, WSBA #8432
1000 Second Ave, Ste 3000
Seattle WA 98104
(206) 464-1900
tgilman@bgseattle.com
Counsel for OceanGate Inc.

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT (LCR 7.1) - 1

**BARRETT & GILMAN**
Attorneys at Law
1000 Second Avenue, Suite 3000
Seattle, WA 98104
(206) 464-1900

## DECLARATION OF SERVICE

On the date given below, I caused the foregoing pleading to be delivered as follows:

Alex J. Higgins
LAW OFFICES OF ALEX J. HIGGINS
2200 Sixth Ave, Ste 500
Seattle WA 98121
alex@alexjhiggins.com

VIA _email_

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated this 30th day of July, 2018 at Seattle, Washington.

_____
Printed Name: J Micheun

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT (LCR 7.1) - 2

**BARRETT & GILMAN**
Attorneys at Law
1000 Second Avenue, Suite 3000
Seattle, WA 98104
(206) 464-1900