THE HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| OCEANGATE, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID LOCHRIDGE and CAROLE REID LOCHRIDGE, and the marital community composed thereof, <br><br> Defendants. | No. 2:18-cv-01083 RAJ <br><br> STIPULATION AND (PROPOSED) ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

## STIPULATION

COMES NOW Defendants David Lochridge and Carole Reid Lochridge, and Plaintiff Oceangate, by and through their respective counsel, to stipulate that Alex J. Higgins of the Law Offices of Alex J. Higgins hereby withdraws and Blake Marks-Dias and Jordann M. Hallstrom of Corr Cronin LLP hereby substitute as counsel for Defendants David Lochridge and Carole Reid Lochridge herein. Any and all further pleadings or notices of any nature whatsoever, except original process, should be served upon Corr Cronin.

STIPULATION AND (PROPOSED) ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 1 (CASE NO. 2:18-cv-01083 RAJ)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 6th day of August, 2018.

| BARRETT & GILMAN | CORR CRONIN LLP |
|---|---|
| *s/ Thomas L. Gilman* <br> *(per email authorization)* <br> Thomas L. Gilman, WSBA No. 8432 <br> 1000 Second Avenue, Suite 3000 <br> Seattle, WA  98104 <br> Phone: (206) 464-1900 <br> E-mail:   tgilman@bgseattle.com <br><br> *Attorneys for Plaintiff* | *s/ Blake Marks-Dias* <br> Blake Marks-Dias, WSBA #28169 <br> 1001 Fourth Avenue, Suite 3900 <br> Seattle, WA  98154-1051 <br> (206) 625-8600 Phone <br> bmarksdias@corrcronin.com <br><br> *Substituting Attorneys for Defendants David and Carole Reid Lochridge* |
| LAW OFFICES OF ALEX J. HIGGINS | CORR CRONIN LLP |
| *s/ Alex J. Higgins* <br> *(per email authorization)* <br> Alex J. Higgins, WSBA No. 20868 <br> 2200 Sixth Avenue, Suite 500 <br> Seattle, Washington  98121 <br> Phone:   206-340-4856 <br> E-mail:   alex@alexjhiggins.com <br><br> *Withdrawing Attorneys for Defendants David and Carole Reid Lochridge* | *s/ Jordann M. Hallstrom* <br> Jordann M. Hallstrom, WSBA No. 48036 <br> 1001 Fourth Avenue, Suite 3900 <br> Seattle, WA  98154-1051 <br> (206) 625-8600 Phone <br> jhallstrom@corrcronin.com <br><br> *Substituting Attorneys for Defendants David and Carole Reid Lochridge* |

## **ORDER**

IT IS SO ORDERED.

DATED this ____ day of _____, 2018.

_____
HONORABLE RICHARD A. JONES
United States District Judge

STIPULATION AND (PROPOSED) ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 2
(CASE NO. 2:18-cv-01083 RAJ)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Presented by:

| | |
|---|---|
| BARRETT & GILMAN | CORR CRONIN LLP |
| *s/ Thomas L. Gilman* | *s/ Blake Marks-Dias* |
| *(per email authorization)* | Blake Marks-Dias, WSBA #28169 |
| Thomas L. Gilman, WSBA No. 8432 | 1001 Fourth Avenue, Suite 3900 |
| 1000 Second Avenue, Suite 3000 | Seattle, WA 98154-1051 |
| Seattle, WA 98104 | (206) 625-8600 Phone |
| Phone: (206) 464-1900 | bmarksdias@corrcronin.com |
| E-mail: tgilman@bgseattle.com | |
| | *Substituting Attorneys for Defendants David and Carole Reid Lochridge* |
| *Attorneys for Plaintiff* | |
| | |
| LAW OFFICES OF ALEX J. HIGGINS | CORR CRONIN LLP |
| *s/ Alex J. Higgins* | *s/ Jordann M. Hallstrom* |
| *(per email authorization)* | Jordann M. Hallstrom, WSBA No. 48036 |
| Alex J. Higgins, WSBA No. 20868 | 1001 Fourth Avenue, Suite 3900 |
| 2200 Sixth Avenue, Suite 500 | Seattle, WA 98154-1051 |
| Seattle, Washington 98121 | (206) 625-8600 Phone |
| Phone: 206-340-4856 | jhallstrom@corrcronin.com |
| E-mail: alex@alexjhiggins.com | |
| | *Substituting Attorneys for Defendants David and Carole Reid Lochridge* |
| *Withdrawing Attorneys for Defendants David and Carole Reid Lochridge* | |

STIPULATION AND (PROPOSED) ORDER OF
WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 3
(CASE NO. 2:18-cv-01083 RAJ)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# DECLARATION OF SERVICE

The undersigned declares as follows:

1. I am employed at Corr Cronin LLP, attorneys of record for Defendants David and Carole Reid Lochridge herein.

2. On August 6, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Thomas L. Gilman
> Barrett & Gilman
> 1000 Second Avenue, Suite 3000
> Seattle, WA  98104
> Phone: (206) 464-1900
> Email:    tgilman@bgseattle.com
>
> *Attorneys for Plaintiff*
>
> Alex J. Higgins
> Law Offices of Alex J. Higgins
> 2200 Sixth Avenue, Suite 500
> Seattle, Washington  98121
> Phone:    206-340-4856
> E-mail:   alex@alexjhiggins.com
>
> *Withdrawing Attorneys for Defendants David
> and Carole Reid Lochridge*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 6th day of August, 2018 at Seattle, Washington.

*s/ Christy A. Nelson*
Christy A. Nelson

STIPULATION AND (PROPOSED) ORDER OF
WITHDRAWAL AND SUBSTITUTION OF COUNSEL – 4
(CASE NO. 2:18-cv-01083 RAJ)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900