HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11

OCEANGATE INC., a Washington
corporation,

No. 2:18-cv-01083 RAJ

12

Plaintiff,

**DEFENDANTS AND COUNTER-
CLAIMANTS' DEMAND FOR JURY
TRIAL**

13

v.

14
15

DAVID LOCHRIDGE and CAROLE REID
LOCHRIDGE, and the marital community
composed thereof,

16

Defendants.

17
18

Pursuant to Federal Rules of Civil Procedure 38 and 48 and Local Civil Rule 38,

19

Defendants / Counter-Claimants hereby demand a trial by a jury of twelve (12) in this matter

20

of all issues so triable.

21

//

22

//

23

//

24

//

25

DEFENDANTS AND COUNTER-CLAIMANTS' DEMAND
FOR JURY TRIAL– 1
(CASE NO. 2:18-cv-01083 RAJ)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1

2        DATED this 15th day of August, 2018.

3                                          CORR CRONIN LLP

4
                                           _s/ Blake Marks-Dias_____
5                                          Blake Marks-Dias, WSBA No. 28169
                                           Jordann Hallstrom, WSBA No. 48036
6                                          1001 Fourth Avenue, Suite 3900
                                           Seattle, Washington  98154
7                                          (206) 625-8600 Phone
                                           ((206) 625-0900 Fax
8                                          bmarksdias@corrcronin.com
                                           eharris@corrcronin.com
9
                                           *Attorneys for Defendants David Lochridge*
10                                         *and Carole Reid Lochridge*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DEFENDANTS AND COUNTER-CLAIMANTS' DEMAND
FOR JURY TRIAL– 2
(CASE NO. 2:18-cv-01083 RAJ)

CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1

## **DECLARATION OF SERVICE**

2       The undersigned declares as follows:

3       1.     I am employed at Corr Cronin LLP, attorneys for Defendants David Lochridge

4 and Carole Reid Lochridge.

5       2.     On this date, I electronically filed the foregoing document with the Clerk of the

6 Court using the CM/ECF system, which will send notification of such filing to the following:

7

8

9

10

| | |
|---|---|
| Thomas L. Gilman<br>Barrett & Gilman<br>1000 Second Avenue, Suite 3000<br>Seattle, WA  98104<br>Phone: (206) 464-1900<br>Fax:    (206) 471-7798<br>Email: tgilman@bgseattle.com | ☒ Via ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☐ Via electronic mail |

11       I declare under penalty of perjury under the laws of the state of Washington that the

12 foregoing is true and correct.

13       DATED this 15th day of August, 2018, at Seattle, Washington.

14

15                   *s/ Christy A. Nelson*

16                   Christy A. Nelson

17

18

19

20

21

22

23

24

25

DEFENDANTS AND COUNTER-CLAIMANTS' DEMAND
FOR JURY TRIAL– 3
(CASE NO. 2:18-cv-01083 RAJ)

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900