Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OCEANGATE INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID LOCHRIDGE and CAROLE REID LOCHRIDGE, and the marital community composed thereof, <br><br> Defendants. | NO. 2:18-CV-01083-RAJ <br><br> STIPULATION FOR POST-SETTLEMENT DISMISSAL |

**STIPULATION**

COME NOW the parties, OceanGate, Inc., David Lochridge and Carole Reid Lochridge, by and through their undersigned attorneys of record, and hereby notify the Court that the parties have settled all claims between all parties, and therefore stipulate to the dismissal of this case with prejudice and without costs to any party.

DATED this 27th day of November, 2018.

BARRETT & GILMAN

By   s/
Thomas Gilman, WSBA #8432
1000 Second Ave, Ste 3000
Seattle WA 98104
(206) 464-1900
tgilman@bgseattle.com
Counsel for OceanGate Inc.

CORR CRONIN

By   s/
Blake Marks-Dias, WSBA #28169
1001 Fourth Ave., Suite 3900
Seattle WA 98154
(206) 625-8600
bmarksdias@corrcronin.com
Counsel for Lochridge Defendants

STIPULATON FOR POST-SETTLEMENT DISMISSAL
NO. 2:18-CV-01083-RAJ – PAGE 1

**BARRETT & GILMAN**
Attorneys at Law
1000 Second Avenue, Suite 3000
Seattle, WA 98104
(206) 464-1900