Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OCEANGATE INC., | ) |
| | ) NO. 2:18-CV-01083-RAJ |
| Plaintiff, | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| DAVID LOCHRIDGE and CAROLE REID LOCHRIDGE, and the marital community composed thereof, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties have notified the Court they have reached a settlement of this case. The Court accordingly DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this order.

DATED this _____ day of _____, 2018.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
NO. 2:18-CV-01083-RAJ – PAGE 1

**BARRETT & GILMAN**
Attorneys at Law
1000 Second Avenue, Suite 3000
Seattle, WA 98104
(206) 464-1900

Presented by:

BARRETT & GILMAN

By __s/_____
   Thomas L. Gilman, WSBA #8432
   1000 Second Ave., Suite 3000
   Seattle WA 98104
   (206)464-1900
   tgilman@bgseattle.com
   Counsel for OceanGate, Inc.

CORR CRONIN

By __s/_____
   Blake Marks-Dias, WSBA #28169
   1001 Fourth Ave., Suite 3900
   Seattle WA 98154
   (206) 625-8600
   bmarksdias@corrcronin.com
   Counsel for Lochridge Defendants

ORDER OF DISMISSAL
NO. 2:18-CV-01083-RAJ – PAGE 2

**BARRETT & GILMAN**
Attorneys at Law
1000 Second Avenue, Suite 3000
Seattle, WA 98104
(206) 464-1900