Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OCEANGATE INC., | NO. 2:18-CV-01083-RAJ |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| DAVID LOCHRIDGE and CAROLE REID LOCHRIDGE, and the marital community composed thereof, | |
| Defendants. | |

The parties have notified the Court they have reached a settlement of this case. The Court accordingly DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. If the parties are unable to perfect their settlement, they may move to reopen this case within **60 days** of this order. The trial date and all remaining pretrial deadlines are hereby VACATED.

DATED this 28th day of November, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

**BARRETT & GILMAN**
Attorneys at Law
1000 Second Avenue, Suite 3000
Seattle, WA 98104
(206) 464-1900